UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMARSH ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-829 CAS |
| ) | |
| THE FEDERAL GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed a post-dismissal amended complaint. Although plaintiff did not move for leave to file an amended complaint, the Court will construe the document as a motion for leave to amend for the purposes of this Order.

Although the Federal Rules have a liberal policy towards amendments, "[p]ost-dismissal motions to amend are disfavored," *In re Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation*, 623 F.3d 1200, 1208 (8th Cir. 2010), and amendments should not be granted when they would be frivolous or "futile," *Foman v. Davis*, 371 U.S. 178, 182 (1962).

The allegations in plaintiff's amended complaint do not state a claim upon which relief can be granted. They are the same allegations as, or are substantially similar to, his original claims. As a result, the proposed amendments are futile.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to docket plaintiff's amended complaint [ECF No. 7] as a motion for leave to file an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED**.  [Doc. 7]

                                                                                                            /s/ Charles A. Shaw
                                          **CHARLES A. SHAW**
                                          **UNITED STATES DISTRICT JUDGE**

Dated this  23rd  day of June, 2015.